984 A.2d 478

**Mark L. HELPIN, Petitioner**

v.

**TRUSTEES OF the UNIVERSITY OF PENNSYLVANIA, Marjorie Jeffcoat, Thomas Freitag, and Lawrence M. Levin, Respondents.**

Supreme Court of Pennsylvania.

Nov. 13, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of **November, 2009,** the Cross–Petition for Allowance of Appeal is **GRANTED,** limited to the following question:

Did the trial court properly grant a nonsuit on Petitioner's claim for tortious interference with prospective economic relations?